TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00598-CV

Southwood Mall and Milton Boniuk, Individually, Appellants

v.

Bertha Cruz, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY 

NO. 237,650, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellants and appellee have filed an Unopposed and Agreed Motion to Enter
Order to Reverse the Trial Court's Judgment in this appeal. We grant the motion. Accordingly,
the trial court's judgment is reversed and the case is remanded to that court for entry of an agreed
judgment that Bertha Cruz take nothing against Southwood Mall and Milton Boniuk. See Tex.
R. App. P. 42.1(a), 43.2(d).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Reversed and Remanded on Agreed Motion

Filed: February 10, 2000

Do Not Publish